**A & E COMMUNICATIONS, LLC, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**WD 79633**

Missouri Court of Appeals, Western District.

Order filed: December 13, 2016

Shannon L. Norman, for Appellant

Bart A. Matanic, for Respondent

Before Division Three: Alok Ahuja, Presiding Judge, Victor C. Howard, Judge and James E. Welsh, Judge

**ORDER**

PER CURIAM:

A & E Communications ("A & E") appeals the Labor and Industrial Relations Commission's determination that it is an employer subject to Missouri Employment Security Law. On appeal, A & E claims that the weight of the factors of the test determining whether a relationship between a business and its workers is an employer/employee relationship or an independent contractor relationship showed that its workers were independent contractors rather than employees. Because a published opinion would have no precedential value, a memorandum has been